**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–22969–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Noelia N. Chahalis
105 Signal Hill Tr.
Sparta, NJ 07871

Social Security No.:
xxx–xx–7172

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:              12/5/18
Time:              09:00 AM
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 15, 2018
JAN: ntp

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 18-22969-RG
Noelia N. Chahalis                                                  Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Oct 15, 2018
                              Form ID: 132                 Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
db             +Noelia N. Chahalis,    105 Signal Hill Tr.,    Sparta, NJ 07871-2548
cr             +QUICKEN LOANS INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
517616082      +Anesthesia Assoc. of Morristown,     Attn: David Watner, Esq.,    1129 Bloomfield Ave. Suite 208,
                 Caldwell, NJ 07006-7123
517616084      +BUREAU OF ACCOUNTS CON,    3601 US HIGHWAY 9,    HOWELL, NJ 07731-3395
517616085      +CHASE AUTO,    PO BOX 901003,    FT WORTH, TX 76101-2003
517616086      +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517616087      +CITI/STDNT LN RSRC CNT,    501 BLEECKER ST,    UTICA, NY 13501-2401
517616090      +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517616102       General Revenue Corp.,    PO Box 495999-01BE,    Cincinnati, OH 45249
517616106      +Midland Funding LLC,    Pressler & Pressler LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517616107      +NEW YORK UNIVERSITY,    726 BROADWAY FL 9,    NEW YORK, NY 10003-9580
517616108      +Nova Southeastern University,    3301 College Avenue,    Fort Lauderdale, FL 33314-7796
517616109      +Phelan Hallinam & Diamond PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517616113      +STU LN TRUST,    701 EAST 60TH STREET NORTH,    SIOUX FALLS, SD 57104-0432
517616116      +SYNCB/GAPDC/Midland Bank,    PO BOX 965005,    ORLANDO, FL 32896-5005
517616111      +Selip and Stylianou, LLP,    10 Forest Avenue,    Paramus, NJ 07652-5238
517616117      +TD BANK USA/TARGETCRED,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 15 2018 23:50:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 15 2018 23:50:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517616081      +E-mail/Text: ally@ebn.phinsolutions.com Oct 15 2018 23:49:43      ALLY FINANCIAL,
                 200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
517616083       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 15 2018 23:57:18      BMW FINANCIAL SERVICES,
                 PO BOX 3608,    DUBLIN, OH 43016
517627439      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 15 2018 23:57:06
                 BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517616088      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 15 2018 23:56:39       CREDIT ONE BANK NA,
                 PO BOX 98875,    LAS VEGAS, NV 89193-8875
517616089      +E-mail/Text: mrdiscen@discover.com Oct 15 2018 23:49:45      DISCOVER FIN SVCS LLC,
                 PO BOX 15316,    WILMINGTON, DE 19850-5316
517794814       E-mail/Text: mrdiscen@discover.com Oct 15 2018 23:49:45      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517616103      +E-mail/Text: csocha@greateralliance.org Oct 15 2018 23:51:18      GREATER ALLIANCE FCU,
                 40 W CENTURY RD,    PARAMUS, NJ 07652-1454
517616105      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 15 2018 23:50:21      MIDLAND FUNDING,
                 2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517616110      +E-mail/Text: bankruptcyteam@quickenloans.com Oct 15 2018 23:50:41      QUICKEN LOANS,
                 1050 WOODWARD AVE,    DETROIT, MI 48226-1906
517616112      +E-mail/Text: clientservices@sourcerm.com Oct 15 2018 23:50:54      SOURCE RECEIVABLES MNG,
                 4615 DUNDAS DR STE 102,    GREENSBORO, NC 27407-1761
517616115      +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2018 23:57:38      SYNCB/CARE CREDIT,
                 950 FORRER BLVD,    KETTERING, OH 45420-1469
517617947      +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2018 23:57:02      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517616118      +E-mail/Text: bankruptcydepartment@tsico.com Oct 15 2018 23:51:03      TRANSWORLD SYSTEMS INC,
                 500 VIRGINIA DR STE 514,    FORT WASHINGTON, PA 19034-2707
                                                                                              TOTAL: 15

                  ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517616091*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517616092*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517616093*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517616094*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517616096*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517616097*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517616098*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517616095*     +FED LOAN SERV,   POB 60610,   HARRISBURG, PA 17106-0610
517616099*     +FED LOAN SERV,   POB 60610,   HARRISBURG, PA 17106-0610
517616100*     +FED LOAN SERV,   POB 60610,   HARRISBURG, PA 17106-0610
517616101*     +FED LOAN SERV,   POB 60610,   HARRISBURG, PA 17106-0610
517616104*     +GREATER ALLIANCE FCU,   40 W CENTURY RD,   PARAMUS, NJ 07652-1454
517616114*     +STU LN TRUST,   701 EAST 60TH STREET NORTH,   SIOUX FALLS, SD 57104-0432
                                                                                             TOTALS: 0, * 13, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Oct 15, 2018
                              Form ID: 132             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
              Kevin Gordon McDonald     on behalf of Creditor    QUICKEN LOANS INC. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    QUICKEN LOANS INC. nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Noelia N. Chahalis rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```