| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> **Marie-Ann Greenberg MAG-1284** <br> **Chapter 13 Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** | Order Filed on January 15, 2019 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| IN RE: <br><br>   NOELIA N. CHAHALIS | Case No.:  18-22969RG <br><br> Hearing Date:  1/11/2019 <br><br> Judge:  ROSEMARY GAMBARDELLA |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: January 15, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.:  18-22969RG

Caption of Order:     INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 01/11/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $1,200.00 by 1/25/2019 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if the Debtor provides the above requested information, the Confirmation Hearing will be adjourned to 2/20/2019 at 8:30 a.m..