

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br><br>IN RE:<br><br>   NOELIA N. CHAHALIS | Order Filed on January 15, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  18-22969RG<br><br>Hearing Date:  1/11/2019<br><br>Judge:  ROSEMARY GAMBARDELLA |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: January 15, 2019**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

Case No.: 18-22969RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 01/11/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $1,200.00 by 1/25/2019 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if the Debtor provides the above requested information, the Confirmation Hearing will be adjourned to 2/20/2019 at 8:30 a.m..

Case 18-22969-RG    Doc 48    Filed 01/19/19    Entered 01/20/19 00:36:37    Desc Imaged
Debtor(s):   NOELIA N. CHAHALIS   Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
District of New Jersey

In re:  
Noelia N. Chahalis  
    Debtor

Case No. 18-22969-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 17, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2019.  
db       +Noelia N. Chahalis,    105 Signal Hill Tr.,    Sparta, NJ 07871-2548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2019 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald    on behalf of Creditor    QUICKEN LOANS INC. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Nicholas V. Rogers    on behalf of Creditor    QUICKEN LOANS INC. nj.bkecf@fedphe.com  
          Russell L. Low    on behalf of Debtor Noelia N. Chahalis rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                    TOTAL: 6