UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for QUICKEN LOANS INC.

In Re:

NOELIA CHAHALIS A/K/A NOELIA N. CHAHALIS

Case No: 18-22969 - RG

Hearing Date: December 19, 2018

Judge: ROSEMARY GAMBARDELLA

**Order Filed on January 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Recommended Local Form:   ☐ Followed   ☒ Modified

**ORDER RESOLVING OBJECTION TO COURT LOSS MITIGATION ORDER**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 22, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | QUICKEN LOANS INC. |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | RUSSELL L. LOW, Esquire |
| Property Involved ("Collateral"): | 105 SIGNAL HILL TRAIL, SPARTA, NJ 07871-2548 |

Relief sought:   **Application for Early Termination of Loss Mitigation Period**

For good cause shown, it is **ORDERED** that Applicant's Objection to the Court's Loss Mitigation Order is resolved, subject to the following conditions:

1. The Debtor must make an immediate adequate protection payment of a minimum of $2,262.00 to continue through the duration and pendency of this Order resolving the Court's Loss Mitigation Order.

2. A full and complete package must be uploaded to the DMM portal on or prior to January 31, 2019 with no exceptions or extensions.

3. Contingent on compliance with paragraph 1, Loss Mitigation period is hereby extended to February 28, 2019 with no extensions with the only exception that if the documents are pending a decision by Quicken Loans, Inc. and not yet rendered.

4. If a loan modification is not offered by February 28, 2019, the Debtor must either:

    a. Modify the Chapter 13 Plan to fully cure the secured Creditor's post-petition arrearages claim as defined by Proof of Claim 3 filed November 8, 2018; or

    b. Surrender the subject property; or

    c. Convert case to a Chapter 7 case.

5. If a loan modification is not secured by Debtor on or before February 28, 2019, Secured Creditor may proceed with a Motion for Relief with no further delays caused by Debtor's re-entry or participation in the Court's Loss Mitigation Program.

6. The instant Order does not replace rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

7. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

8. Both parties agree that this will be the final extension of the loss mitigation in the underlying bankruptcy case.