UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for QUICKEN LOANS INC.

In Re:

NOELIA CHAHALIS A/K/A NOELIA N. CHAHALIS



Case No: 18-22969 - RG

**Order Filed on April 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Hearing Date: December 5, 2018

Judge: ROSEMARY GAMBARDELLA

Recommended Local Form:   ☒ Followed   ☒ Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and two (2) is hereby **ORDERED**.

**DATED: April 17, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | QUICKEN LOANS INC. |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | RUSSELL L. LOW, Esquire |
| Property Involved ("Collateral"): | 105 SIGNAL HILL TRAIL, SPARTA, NJ 07871-2548 |

Relief sought:     ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. The Debtor to obtain a Loan Modification. The Loan Modification must be approved no later **than January 23, 2019 or as extended by the Court** to cure all arrears.

2. If Debtor fails to obtain a Loan Modification by **January 23, 2019 or as extended by the Court, QUICKEN LOANS INC., the** Secured Creditor, may re-file the Motion for Relief from the Automatic Stay to pursue the entire post-petition deficiency owed to Secured Creditor.

3. Beginning on **12/01/2018**, regular monthly mortgage and/or adequate protection payments shall continue to be made to Secured Creditor.