Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−22969−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Noelia N. Chahalis
   105 Signal Hill Tr.
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−7172

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/2/19 at 10:00 AM

to consider and act upon the following:

**75** − Certification in Opposition to (related document:73 Certification of Default of Standing Trustee. re: Fail to Provide Status Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/2/2019. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Noelia N. Chahalis. (Low, Russell)

Dated: 9/3/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court