Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−22969−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Noelia N. Chahalis
   105 Signal Hill Tr.
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−7172

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/2/19 at 10:00 AM

to consider and act upon the following:

**75** − Certification in Opposition to (related document:73 Certification of Default of Standing Trustee. re: Fail to Provide Status Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/2/2019. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Noelia N. Chahalis. (Low, Russell)

Dated: 9/3/19

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Noelia N. Chahalis  
    Debtor

Case No. 18-22969-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 03, 2019  
                       Form ID: ntchrgbk     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.  
db        +Noelia N. Chahalis,   105 Signal Hill Tr.,    Sparta, NJ 07871-2548  
aty      +Joseph Sean Connelly,   Seigel Law LLC,   505 Goffle Road,    Ridgewood, NJ 07450-4027  
cr       +QUICKEN LOANS INC.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,  
   bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald     on behalf of Creditor    QUICKEN LOANS INC. kmcdonald@kmllawgroup.com,  
   bkgroup@kmllawgroup.com  
         Marie-Ann   Greenberg     magecf@magtrustee.com  
         Nicholas V. Rogers     on behalf of Creditor    QUICKEN LOANS INC. nj.bkecf@fedphe.com  
         Russell L. Low     on behalf of Debtor Noelia N. Chahalis rbear611@aol.com,  
   ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                              TOTAL: 6