| | |
|---|---|
| **UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2 (c)<br><br>**Russell L. Low, Esq. – RLL 4745**<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor | Order Filed on June 9, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>NOELIA N. CHAHALIS<br><br>Debtor(s) | Case No. 18-22969<br><br>Chapter 13<br><br>Judge:  The Honorable Rosemary Gambardella<br><br>**Hearing Date:  June 3, 2020, 10:00am** |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 9, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $1,200.00 for services rendered and expenses in the amount of $0.00 for a total of $1,200.00. The allowance is payable:

    X     through the Chapter 13 plan as an administrative priority.

          outside the plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Noelia N. Chahalis  
    Debtor

Case No. 18-22969-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 1                  Date Rcvd: Jun 10, 2020
                       Form ID: pdf903            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.
```
db             +Noelia N. Chahalis,    105 Signal Hill Tr.,    Sparta, NJ 07871-2548
aty            +Joseph Sean Connelly,    Seigel Law LLC,    505 Goffle Road,    Ridgewood, NJ 07450-4027
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    QUICKEN LOANS INC. nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    QUICKEN LOANS INC. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    QUICKEN LOANS INC. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Noelia N. Chahalis ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```