Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–22969–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Noelia N. Chahalis
  105 Signal Hill Tr.
  Sparta, NJ 07871

Social Security No.:
  xxx–xx–7172

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 22, 2019.

On 7/14/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:          August 19, 2020
Time:          08:30 AM
Location:     Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 15, 2020
JAN: wdh

                                                      Jeanne Naughton
                                                     Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 18-22969-RG
Noelia N. Chahalis                                              Chapter 13
      Debtor                      CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin              Page 1 of 2            Date Rcvd: Jul 15, 2020
                           Form ID: 185             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
db             +Noelia N. Chahalis,    105 Signal Hill Tr.,    Sparta, NJ 07871-2548
aty            +Joseph Sean Connelly,    Seigel Law LLC,    505 Goffle Road,    Ridgewood, NJ 07450-4027
cr             +QUICKEN LOANS INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
517616082      +Anesthesia Assoc. of Morristown,    Attn: David Watner, Esq.,    1129 Bloomfield Ave. Suite 208,
                 Caldwell, NJ 07006-7123
517616084      +BUREAU OF ACCOUNTS CON,    3601 US HIGHWAY 9,    HOWELL, NJ 07731-3395
517616085      +CHASE AUTO,    PO BOX 901003,   FT WORTH, TX 76101-2003
517616087      +CITI/STDNT LN RSRC CNT,    501 BLEECKER ST,    UTICA, NY 13501-2401
517616090      +FED LOAN SERV,    PO BOX 60610,   HARRISBURG, PA 17106-0610
517616102       General Revenue Corp.,    PO Box 495999-01BE,    Cincinnati, OH 45249
517616106      +Midland Funding LLC,    Pressler & Pressler LLP,    7 Entin Road,   Parsippany, NJ 07054-5020
517616107      +NEW YORK UNIVERSITY,    726 BROADWAY FL 9,    NEW YORK, NY 10003-9580
517616108      +Nova Southeastern University,    3301 College Avenue,    Fort Lauderdale, FL 33314-7796
517616109      +Phelan Hallinam & Diamond PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517616113      +STU LN TRUST,    701 EAST 60TH STREET NORTH,    SIOUX FALLS, SD 57104-0432
517616111      +Selip and Stylianou, LLP,    10 Forest Avenue,    Paramus, NJ 07652-5238
517616117      +TD BANK USA/TARGETCRED,    PO BOX 673,   MINNEAPOLIS, MN 55440-0673
517902430       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2020 00:54:35     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2020 00:54:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517616081      +E-mail/Text: ally@ebn.phinsolutions.com Jul 16 2020 00:53:37     ALLY FINANCIAL,
                 200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
517821989       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 16 2020 01:02:35
                 BMW Financial Services NA, LLC,    P.O. Box 3608,   Dublin, OH 43016
517616083       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 16 2020 01:03:16     BMW FINANCIAL SERVICES,
                 PO BOX 3608,    DUBLIN, OH 43016
517627439      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 16 2020 01:02:29
                 BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517616088      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 16 2020 01:02:31     CREDIT ONE BANK NA,
                 PO BOX 98875,    LAS VEGAS, NV 89193-8875
517616089      +E-mail/Text: mrdiscen@discover.com Jul 16 2020 00:53:43     DISCOVER FIN SVCS LLC,
                 PO BOX 15316,    WILMINGTON, DE 19850-5316
517794814       E-mail/Text: mrdiscen@discover.com Jul 16 2020 00:53:43     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
517616103      +E-mail/Text: csocha@greateralliance.org Jul 16 2020 00:55:08     GREATER ALLIANCE FCU,
                 40 W CENTURY RD,    PARAMUS, NJ 07652-1454
517616086       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 16 2020 01:03:48     CHASE CARD,
                 PO BOX 15298,    WILMINGTON, DE 19850
517616105      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 16 2020 00:54:32     MIDLAND FUNDING,
                 2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
517616110      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 16 2020 00:54:49     QUICKEN LOANS,
                 1050 WOODWARD AVE,    DETROIT, MI 48226-1906
517861258      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 16 2020 00:54:49     Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
517616112      +E-mail/Text: clientservices@sourcerm.com Jul 16 2020 00:54:55     SOURCE RECEIVABLES MNG,
                 4615 DUNDAS DR STE 102,    GREENSBORO, NC 27407-1761
517616115      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2020 01:03:00     SYNCB/CARE CREDIT,
                 950 FORRER BLVD,    KETTERING, OH 45420-1469
517616116      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2020 01:03:43     SYNCB/GAPDC/Midland Bank,
                 PO BOX 965005,    ORLANDO, FL 32896-5005
517617947      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2020 01:03:01     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517616118      +E-mail/Text: bankruptcydepartment@tsico.com Jul 16 2020 00:54:59     TRANSWORLD SYSTEMS INC,
                 500 VIRGINIA DR STE 514,    FORT WASHINGTON, PA 19034-2733
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517616091*     +FED LOAN SERV,    PO BOX 60610,   HARRISBURG, PA 17106-0610
517616092*     +FED LOAN SERV,    PO BOX 60610,   HARRISBURG, PA 17106-0610
517616093*     +FED LOAN SERV,    PO BOX 60610,   HARRISBURG, PA 17106-0610
517616094*     +FED LOAN SERV,    PO BOX 60610,   HARRISBURG, PA 17106-0610
517616096*     +FED LOAN SERV,    PO BOX 60610,   HARRISBURG, PA 17106-0610
517616097*     +FED LOAN SERV,    PO BOX 60610,   HARRISBURG, PA 17106-0610
517616098*     +FED LOAN SERV,    PO BOX 60610,   HARRISBURG, PA 17106-0610
517616095*     +FED LOAN SERV,    POB 60610,   HARRISBURG, PA 17106-0610
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Jul 15, 2020
                              Form ID: 185             Total Noticed: 36


             ***** BYPASSED RECIPIENTS (continued) *****
517616099*      +FED LOAN SERV,    POB 60610,     HARRISBURG, PA 17106-0610
517616100*      +FED LOAN SERV,    POB 60610,     HARRISBURG, PA 17106-0610
517616101*      +FED LOAN SERV,    POB 60610,     HARRISBURG, PA 17106-0610
517616104*      +GREATER ALLIANCE FCU,    40 W CENTURY RD,     PARAMUS, NJ 07652-1454
517616114*      +STU LN TRUST,    701 EAST 60TH STREET NORTH,    SIOUX FALLS, SD 57104-0432
                                                                             TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    QUICKEN LOANS INC. nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    QUICKEN LOANS INC. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    QUICKEN LOANS INC. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Noelia N. Chahalis ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```