**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtors**

Order Filed on September 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Noelia N. Chahalis | : | CASE NO. 18-22969 |
| | : | The Honorable Rosemary Gambardella |
| Debtor | : | Hearing Date: September 2, 2020 at 10:00 |

**ORDER TO APPROVE AND DISBURSE SETTLEMENT**

The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: September 8, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

.

Page 2
Debtor: Noelia N. Chahalis
Case No.  18-22969-RG
Caption: ORDER TO APPROVE AND DISBURSE SETTLEMENT

---

This matter having come before the Court upon the debtor's Notice of Motion for an Order approving and disbursing settlement from the debtor's personal injury case, the Court having examined the evidence presented, and for good cause shown, IT IS HEREBY

**ORDERED** that the Bankruptcy Court approve the Gross Settlement in the amount of $290,702.56.

**FURTHER ORDERED** that the Bankruptcy Court approve the net proceeds in the amount of $96,376.88 to be disbursed to the debtor's special counsel, J. Sean Connelly, Esq.

**FURTHER ORDERED** that $1,571.93 shall be disbursed to pay for expenses.

**FURTHER ORDERED** that $2,318.41 shall be disbursed to pay outstanding medical bills.

**FURTHER ORDERED** that $1,000.00 be disbursed to Russell L. Low, Esq. upon entry of an Order Granting Supplemental Chapter 13 Fees.

**FURTHER ORDERED** that the balance to complete the Chapter 13 Plan should be paid at 100% to the Chapter 13 Standing Trustee excluding the student loan claim filed by the United States Department of Education, which is to be paid outside of the Chapter 13 Plan.

**FURTHER ORDERED** that the remaining proceeds leftover after all parties are paid as described above shall be disbursed to the debtor.