**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtors**

Order Filed on September 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Noelia N. Chahalis | : | CASE NO. 18-22969 |
| | : | The Honorable Rosemary Gambardella |
| Debtor | : | Hearing Date: September 2, 2020 at 10:00 |

**ORDER TO APPROVE AND DISBURSE SETTLEMENT**

___

The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: September 8, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Noelia N. Chahalis
Case No.  18-22969-RG
Caption: ORDER TO APPROVE AND DISBURSE SETTLEMENT

_____

This matter having come before the Court upon the debtor's Notice of Motion for an Order approving and disbursing settlement from the debtor's personal injury case, the Court having examined the evidence presented, and for good cause shown, IT IS HEREBY

**ORDERED** that the Bankruptcy Court approve the Gross Settlement in the amount of $290,702.56.

**FURTHER ORDERED** that the Bankruptcy Court approve the net proceeds in the amount of $96,376.88 to be disbursed to the debtor's special counsel, J. Sean Connelly, Esq.

**FURTHER ORDERED** that $1,571.93 shall be disbursed to pay for expenses.

**FURTHER ORDERED** that $2,318.41 shall be disbursed to pay outstanding medical bills.

**FURTHER ORDERED** that $1,000.00 be disbursed to Russell L. Low, Esq. upon entry of an Order Granting Supplemental Chapter 13 Fees.

**FURTHER ORDERED** that the balance to complete the Chapter 13 Plan should be paid at 100% to the Chapter 13 Standing Trustee excluding the student loan claim filed by the United States Department of Education, which is to be paid outside of the Chapter 13 Plan.

**FURTHER ORDERED** that the remaining proceeds leftover after all parties are paid as described above shall be disbursed to the debtor.

```
                            United States Bankruptcy Court
                                  District of New Jersey
```

In re:                                                              Case No. 18-22969-RG
Noelia N. Chahalis                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1         Date Rcvd: Sep 09, 2020
                               Form ID: pdf903          Total Noticed: 2

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db             +Noelia N. Chahalis,    105 Signal Hill Tr.,    Sparta, NJ 07871-2548
aty            +Joseph Sean Connelly,    Seigel Law LLC,   505 Goffle Road,    Ridgewood, NJ 07450-4027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
             Andrew L. Spivack    on behalf of Creditor    QUICKEN LOANS INC. nj.bkecf@fedphe.com
             Brian C. Nicholas    on behalf of Creditor    QUICKEN LOANS INC. bnicholas@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Kevin Gordon McDonald    on behalf of Creditor    QUICKEN LOANS INC. kmcdonald@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Marie-Ann Greenberg    magecf@magtrustee.com
             Rebecca Ann Solarz    on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
             Russell L. Low    on behalf of Debtor Noelia N. Chahalis ecf@lowbankruptcy.com,
              ecf@lowbankruptcy.com;r57808@notify.bestcase.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```