**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Noelia N. Chahalis<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7172<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–22969–RG | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Noelia N. Chahalis

12/21/20

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Noelia N. Chahalis  
    Debtor(s)

Case No. 18-22969-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 21, 2020      Form ID: 3180W      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Noelia N. Chahalis, 105 Signal Hill Tr., Sparta, NJ 07871-2548 |
| aty | + | Joseph Sean Connelly, Seigel Law LLC, 505 Goffle Road, Ridgewood, NJ 07450-4027 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517616082 | + | Anesthesia Assoc. of Morristown, Attn: David Watner, Esq., 1129 Bloomfield Ave. Suite 208, Caldwell, NJ 07006-7123 |
| 517616084 | + | BUREAU OF ACCOUNTS CON, 3601 US HIGHWAY 9, HOWELL, NJ 07731-3395 |
| 517616085 | + | CHASE AUTO, PO BOX 901003, FT WORTH, TX 76101-2003 |
| 517616087 | + | CITI/STDNT LN RSRC CNT, 501 BLEECKER ST, UTICA, NY 13501-2401 |
| 517616090 | + | FED LOAN SERV, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 517616102 | | General Revenue Corp., PO Box 495999-01BE, Cincinnati, OH 45249 |
| 517616106 | + | Midland Funding LLC, Pressler & Pressler LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517616107 | + | NEW YORK UNIVERSITY, 726 BROADWAY FL 9, NEW YORK, NY 10003-9580 |
| 517616108 | + | Nova Southeastern University, 3301 College Avenue, Fort Lauderdale, FL 33314-7796 |
| 517616109 | + | Phelan Hallinam & Diamond PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517616113 | + | STU LN TRUST, 701 EAST 60TH STREET NORTH, SIOUX FALLS, SD 57104-0432 |
| 517616111 | + | Selip and Stylianou, LLP, 10 Forest Avenue, Paramus, NJ 07652-5238 |
| 517902430 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 21 2020 22:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 21 2020 22:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517616081 | + | EDI: GMACFS.COM | Dec 22 2020 02:03:00 | ALLY FINANCIAL, 200 RENAISSANCE CTR, DETROIT, MI 48243-1300 |
| 517821989 | | EDI: BMW.COM | Dec 22 2020 02:08:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 517616083 | | EDI: BMW.COM | Dec 22 2020 02:08:00 | BMW FINANCIAL SERVICES, PO BOX 3608, DUBLIN, OH 43016 |
| 517627439 | + | EDI: AISACG.COM | Dec 22 2020 02:08:00 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517616085 | + | EDI: CHASEAUTO | Dec 22 2020 02:03:00 | CHASE AUTO, PO BOX 901003, FT WORTH, TX 76101-2003 |
| 517616088 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 21 2020 22:30:37 | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 517616089 | + | EDI: DISCOVER.COM | Dec 22 2020 02:08:00 | DISCOVER FIN SVCS LLC, PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 517794814 | | EDI: DISCOVER.COM | Dec 22 2020 02:08:00 | Discover Bank, Discover Products Inc, PO Box |

Case 18-22969-RG    Doc 115    Filed 12/23/20    Entered 12/24/20 00:19:19    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 517616103 | + | Email/Text: csocha@greateralliance.org | Dec 21 2020 22:10:00 | GREATER ALLIANCE FCU, 40 W CENTURY RD, PARAMUS, NJ 07652-1454 |
| 517616086 | | EDI: JPMORGANCHASE | Dec 22 2020 02:03:00 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 517616105 | + | EDI: MID8.COM | Dec 22 2020 02:03:00 | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 30, SAN DIEGO, CA 92108-2709 |
| 517616110 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 21 2020 22:09:00 | QUICKEN LOANS, 1050 WOODWARD AVE, DETROIT, MI 48226-1906 |
| 517861258 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 21 2020 22:09:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517616112 | + | Email/Text: clientservices@sourcerm.com | Dec 21 2020 22:09:00 | SOURCE RECEIVABLES MNG, 4615 DUNDAS DR STE 102, GREENSBORO, NC 27407-1761 |
| 517616115 | + | EDI: RMSC.COM | Dec 22 2020 02:08:00 | SYNCB/CARE CREDIT, 950 FORRER BLVD, KETTERING, OH 45420-1469 |
| 517616116 | + | EDI: RMSC.COM | Dec 22 2020 02:08:00 | SYNCB/GAPDC/Midland Bank, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517617947 | + | EDI: RMSC.COM | Dec 22 2020 02:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517616117 | + | EDI: WTRRNBANK.COM | Dec 22 2020 02:03:00 | TD BANK USA/TARGETCRED, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 517616118 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 21 2020 22:10:00 | TRANSWORLD SYSTEMS INC, 500 VIRGINIA DR STE 514, FORT WASHINGTON, PA 19034-2733 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517616091 | *+ | FED LOAN SERV, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 517616092 | *+ | FED LOAN SERV, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 517616093 | *+ | FED LOAN SERV, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 517616094 | *+ | FED LOAN SERV, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 517616096 | *+ | FED LOAN SERV, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 517616097 | *+ | FED LOAN SERV, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 517616098 | *+ | FED LOAN SERV, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 517616095 | *+ | FED LOAN SERV, POB 60610, HARRISBURG, PA 17106-0610 |
| 517616099 | *+ | FED LOAN SERV, POB 60610, HARRISBURG, PA 17106-0610 |
| 517616100 | *+ | FED LOAN SERV, POB 60610, HARRISBURG, PA 17106-0610 |
| 517616101 | *+ | FED LOAN SERV, POB 60610, HARRISBURG, PA 17106-0610 |
| 517616104 | *+ | GREATER ALLIANCE FCU, 40 W CENTURY RD, PARAMUS, NJ 07652-1454 |
| 517616114 | *+ | STU LN TRUST, 701 EAST 60TH STREET NORTH, SIOUX FALLS, SD 57104-0432 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2020　　　　　　　　　　　Signature:　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor QUICKEN LOANS INC. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor QUICKEN LOANS INC. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Noelia N. Chahalis ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7